2017 ND 228

**IN the INTEREST OF Jane DOE**

**William Pryatel, M.D., Petitioner and Appellee**

v.

**Jane Doe, Respondent and Appellant**

**No. 20170322**

Supreme Court of North Dakota.

Filed 9/20/2017

Kara E. Brinster, Special Assistant Attorney General, Jamestown, ND, for petitioner and appellee; on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; on brief.

Per Curiam.

[¶ 1] Jane Doe appealed the district court's order for hospitalization and involuntary treatment with medication. She argues the district court erred in finding her mentally ill and requiring treatment. She also argues the district court erred in granting the request to treat with medications. We conclude the district court's findings are supported by clear and convincing evidence and are not clearly erroneous. We affirm under N.D.R.App.P. 35.1(a)(2).

[¶ 2] Gerald W. VandeWalle, C.J.

Jon J. Jensen

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers